SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
ERIC J. KLOC, SB #037926
Eric.Kloc@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Gloria Blankenbaker, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Ashley Real Estate, LLC, a Delaware limited liability company; Southwestern Furniture of Wisconsin, LLC dba Ashley Homestore, a Wisconsin limited liability company; John Does 1-10; Jane Does 1-10; ABC Corporations 1-10; XYZ Partnerships 1-10; and Limited Liability Companies A-Z,<br><br>Defendants. | Case No. 2:26-cv-01100-SHD<br><br>Maricopa County Superior Court Case No. CV2026-002711<br><br>**DEFENDANT ASHLEY REAL ESTATE, LLC CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Ashley Real Estate, LLC in compliance with the provisions of:

__X__ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

__X__ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and

identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

_______ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that own 10% or more of its stocks or states that there is no such corporation.

___ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

___ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below:

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest.

__X__ Other (please explain): Ashley Real Estate, LLC is a wholly owned subsidiary of Ashley Holdings, Inc., a private corporation.

_X__ Diversity case:

| Party Name and Party Role | State |
|---|---|
| **Ashley Global Retail, LLC / Defendant** | **Florida/Delaware** |
| **Ashley Real Estate, LLC / Defendant** | **Florida/Delaware** |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

///

DATED this 3rd day of March, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Eric J. Kloc*
Sean P. Healy
Eric J. Kloc
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following EM/ECF registrants:

María del Pilar Mendoza
Frances T. Lynch
BACHE LYNCH GOLDSMITH & MENDOZA P.L.L.C.
3430 E. Sunrise Dr., Suite 180
Tucson, Arizona 85718
pmendoza@blgmlaw.com
ftlynch@blgmlaw.com
*Attorneys for Plaintiffs*

*/s/ Holly Bornhoft*